IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: PHYLLIS H MINCEY | ) |
| | ) |
| James B. Nutter & Company, | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 05B04521 |
| | ) JUDGE Manuel Barbosa |
| PHYLLIS H MINCEY, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes James B. Nutter & Company, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the January 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of February 16, 2010:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Payments | |
   |    1/10 – 4/10 ( 4 @ $921.00) | $3,684.00 |
   | c. Late Charge | $36.84 |
   | Total | $3,970.84 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice James B. Nutter & Company rights to collect these amounts will be unaffected.

Respectfully Submitted,
James B. Nutter & Company

/s/Dana O'Brien
Dana O'Brien ARDC#6256415
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088